# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

March 20, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States, <br><br> Plaintiff(s), <br><br> - *against* - <br><br> Town/Village of Harrison, New York, et al.**,** <br><br> Defendant(s). | **SCHEDULING ORDER** <br> 7:22-cv-04778-CS |

    The Court has scheduled a **Settlement Conference** before the **Honorable Paul E. Davison**, United States Magistrate Judge, on **April 11, 2023 at 2:30 p.m.**

    **Please note Judge Davison's COVID-19 Order** (docket entry #33) setting forth procedures applicable to all civil cases.

*Counsel should have either: full independent settlement authority; principals present; or principals readily available by telephone.*

    Counsel are encouraged, but not required, to submit a confidential, *ex parte* letter to the Court, not to exceed 5 pages in length, no later than two (2) business days prior to the conference, outlining any information counsel believes would assist the Court in preparation for the conference. **Until further notice,** any such *ex parte* letter must be emailed to: ChambersNYSDDavison@nysd.uscourts.gov. Counsel shall notify all other parties of their intention to submit an *ex parte* letter no later than one week prior to the conference.

    **PLEASE NOTIFY ALL OTHER PARTIES OF THE ABOVE INFORMATION IMMEDIATELY**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **3/20/23**